Same case below, 416 Fed. Appx. 665.

**No. 11-5795. Cesar Julio Salazar-Mojica, Petitioner v. United States.**

565 U.S. 921, 132 S. Ct. 348, 181 L. Ed. 2d 219, 2011 U.S. LEXIS 6917.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 634 F.3d 1070.

**No. 11-5797. Shane D. Williams, Petitioner v. United States.**

565 U.S. 922, 132 S. Ct. 348, 181 L. Ed. 2d 219, 2011 U.S. LEXIS 7062.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 427 Fed. Appx. 106.

**No. 11-5800. Joseph Slovinec, Petitioner v. Ronald E. Meisburg, former General Counsel of National Labor Relations Board.**

565 U.S. 922, 132 S. Ct. 348, 181 L. Ed. 2d 219, 2011 U.S. LEXIS 7050, ▮▮▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 412 Fed. Appx. 314.

**No. 11-5801. Brian L. Anderson, Petitioner v. Greg Fizer, et al.**

565 U.S. 922, 132 S. Ct. 348, 181 L. Ed. 2d 219, 2011 U.S. LEXIS 7085.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 436 Fed. Appx. 799.

**No. 11-5802. Robis Solis-Caceres, Petitioner v. United States.**

565 U.S. 922, 132 S. Ct. 348, 181 L. Ed. 2d 219, 2011 U.S. LEXIS 6838.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5805. Marshall Williams, Petitioner v. United States.**

565 U.S. 922, 132 S. Ct. 348, 181 L. Ed. 2d 219, 2011 U.S. LEXIS 7114.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 641 F.3d 758.

**No. 11-5807. Brenda Drzymala, Petitioner v. United States.**

565 U.S. 922, 132 S. Ct. 349, 181 L. Ed. 2d 219, 2011 U.S. LEXIS 6830.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5808. Adan Lopez-Mondragon, Petitioner v. United States.**

565 U.S. 922, 132 S. Ct. 349, 181 L. Ed. 2d 219, 2011 U.S. LEXIS 6784.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.